# Exhibit 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001926344
Search Results: Displaying 1 of 1 entries



***Group reg published photographs 813 photos Range of Publication Dates June...***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001926344 / 2014-09-23 |
| **Application Title:** | Group reg published photographs 813 photos Range of Publication Dates June 14 2014 to Aug 29 2014. |
| **Title:** | Group reg published photographs 813 photos Range of Publication Dates June 14 2014 to Aug 29 2014. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Kristen Pierson. Address: ███, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-06-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Kristen Pierson; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Kristen Pierson, ███, United States, ███ |
| **Copyright Note:** | Regarding publication: Range of publication dates is June 14 2014 to August 29 2014 |
| **Contents:** | 3 Doors Down 31 images published Aug 1 2014.<br>Amy LaVere 14 images published Aug 1 2014.<br>Andrew McMahon 20 images published Aug 23 2014.<br>Baby Jacoby 150 images published Aug 9 2014.<br>Bobby N portraits 46 images published July 16 2014.<br>Emma Joy Galvin 7 images published Aug 1 2014.<br>Gavin Degraw 26 images published Aug 23 2014.<br>James P portraits 14 images published June 14 2014.<br>Josh Groban 15 images published Aug 29 2014.<br>Kings X 40 images published Aug 10 2014.<br>N Family 120 images published July 9 2014.<br>Ringo Starr 28 images published June 15 2014.<br>Sarah McLachlan 20 images published July 20 2014.<br>Scott Weiland 7 images published Aug 29 2014.<br>Stanley M 273 images published July 12 2014.<br>Zachary Keene 2 images published June 26 2014. |
| **Names:** | Pierson, Kristen |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page