# **<u>Exhibit 3</u>**

