# **<u>Exhibit 4</u>**



☰ SECTIONS     **Today's Weather**     
              The Ghiorse Factor

SUBSCRIBE NOW: Free Daily EBlast



# GOLOCALProv
# News

"Narragansett Bay is Cleaner Than it's Been in 150 years"
Narragansett Bay Commission

TRENDING **Providence Convenience Store Owner**

 FACEBOOK      TWITTER     in LINKEDIN

🔍 Search...

# Nardolillo Wants to Make Standing in State Road Medians Illegal

Wednesday, November 30, 2016

*GoLocalProv News Team and Kate Nagle*

 Tweet      Share     

Republican State Representative Robert "Bobby" Nardolillo III announced Tuesday that he is preparing to submit legislation to outlaw "standing in medians along state roadways, where sidewalks are provided" during the upcoming session.

"Last week, when I was on the road, I had to stop short, almost rear-ending the vehicle ahead of me, because they decided to slam on their brakes to hand something to someone standing in the median," said Nardolillo, who represents District 28 in Coventry.

"When someone is standing in a median, on a major state roadway, they are distracting traffic and creating a safety hazard for motor vehicles as well as pedestrians in crosswalks," said Nardolillo. "If you are crossing a roadway, that's one thing, anything other than that should be considered a crime, because it is a serious safety issue."

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

**Comparison to Current Municipal Ordinance Proposals**



*Rep. Robert "Bobby" Nardolillo*

VIEW LARGER +

Nardolillo said he is aware of **efforts in Providence and Cranston to address public safety** by focusing on the exchange of goods or services between cars and pedestrians, but he said this proposal is not that.

"The way I want to treat this, it's an umbrella of public safety, and it's state roads.  It could theoretically cover panhandling, but you're also seeing protests, people standing on medians holding signs," said Nardolillo.

"So this is not about an act, it's about the location. And for that, I don't think there should be any blow back," said Nardolillo. "Your presence alone [on the state road median] would be a violation and you don't belong there. So it's waving, selling balloons, it's about the location."

"Again, this is about state roads -- and generally, the speed limit's faster," said Nardolillo. "So this won't necessarily solve city and town problems."

**Citing Public Safety**

Nardolillo said he wants violators to face a civil fine after their first warning and a criminal misdemeanor on their third offense.

In his statement, Nardolillo **cited a similar law that passed in Phoenix, Arizona in 2014**, which he said had seen about 40 pedestrian deaths a year.  There, the City Council unanimously passed an ordinance to outlaw standing in medians.



*The proposal would be limited to state roads.*

**SLIDES: RI's Best Communities 2016**

---

# Related Slideshow: Rhode Island's Best Communities 2016



VIEW LARGER +

 

### #39 Central Falls

At one time called Chocolateville because of a chocolate factory located in its center, Central Falls, which gets its name from the waterfall on the Blackstone River, is the most densely populated city in Rhode Island. Emerging from municipal bankruptcy in 2012, Central Falls has struggled to bring up its standard of living for many immigrants who call it home.

**Central Falls by the numbers**

**Established:** 1730
**Population:** 19,376
**Median household income:** $29,025
**Median housing price:** $76,001

**2016 Best Communities rankings**

**Overall ranking:** 39
**Affordability ranking:** 18
**Education ranking:** 39
**Economic condition:** 39
**Safety ranking**: 35
**Arts & Culture ranking:** 32

**Famous people**

Lincoln Carter Almond, Governor
Michael Breault, game designer, editor
and author
Francis Condon, congressman
Viola Davis, actress
Carl Russell Fish, historian
Roland Hemond, baseball executive
Jack McGee, aviator
Glyn O'Malley, playwright
Charles Risk, congressman
John Robitaille, politician
Michelle Siwy, Fashion Designer



MAKE A DIFFERENCE.
What change do you want to see?

United Way
United Way of Rhode Island



## Related Articles

- NEW: Rep. Nardolillo Calls for RI to Halt Consideration of Syrian Refugees
- Former Providence Mayor Paolino Takes on Elorza Over Panhandling Policy
- Guest Mindsetter™ Morse: Panhandling Reality Check
- Politics of Panhandling Sweeps RI — Providence, Cranston, and Newport
- Fung Proposes Paolino's Anti-Panhandling Ordinance for Cranston
- Sepe Blasts Fung's Ordinance on Prohibiting Panhandling in Intersections
- Proposed Panhandling Ordinance Would Ban Cash From Cars in Providence

**Enjoy this post? Share it with others.**



