# **Exhibit 7**

 

≡ SECTIONS  Today's Weather **The Ghiorse Factor**  **SUBSCRIBE NOW:** Free Daily EBlast



GOT A TIP - CLICK HERE

TRENDING  Can We Make Schools Safe Without

 FACEBOOK    TWITTER   in LINKEDIN

🔍 Search...

## Rep. Nardolillo Blasts Raimondo Over New Tourism Campaign

Wednesday, March 01, 2017
GoLocalProv News Team

 Tweet    Share

Representative Robert Nardolillo III blasted Rhode Island Governor Gina Raimondo over the state's plan to launch a new tourism campaign.

On Monday, the **Rhode Island Commerce Corporation announced the four vendors it has chosen** to undertake its new tourism and business attraction campaign, totaling $4.3 million.

"This is simple math. We're essentially paying double the money for the same project, because the Governor's office was too incompetent to get it right the first time. The state of Rhode Island is pulling the wool over the eyes of Rhode Island taxpayers with this one.

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

Last March, the state rolled out its $5 million tourism campaign which became a national joke. Rhode Islanders despised the sail boat image on the logo, as well as a ridiculous "Cooler & Warmer" tag line which no one understood. There was also a highly-produced video containing images of Iceland. Governor Raimondo wouldn't take responsibility for it and passed the buck to the vendors, blaming them. She blamed everyone else, except her own blundering team at the Rhode Island Commerce Corporation, but it's costing Rhode Islanders dearly," said Nardolillo.



*Representative Nardolillo III*

VIEW LARGER +

Commerce announced that two Providence-based firms were selected, with RDW Group getting $1.7 million for strategic planning and paid media buying, and NAIL Communications getting $1.4 million for both tourism and business attraction campaigns. MMGY Global out of New York will receive $473,000 to handle the public relations portion of the tourism campaign.

"Let's also not forget, rather than give local talent a chance for a good-paying job in Rhode Island's tourism campaign, the Governor chose to tap two out of three out-of-state firms to brand and promote Rhode Island. A fourth grader could tell you, it's better to have Rhode Islanders, who know and love our state, create innovate ways to promote our state's treasures to the nation and the world. We have the Rhode Island School of Design for God's sake. Exceptional talent is right here at our fingertips, and our Governor let the opportunity slide. The Governor is so focused on her political career and hooking national ties, that she's leaving Rhode Islanders in the dust and saddling them with a big bill," Nardolillo added.

# Related Slideshow: Tourism Logos For All 50 States (and D.C.)





Alabama

You should have the last word.

Obits are now forever free on GoLocal.