# **Exhibit 8**




≡ SECTIONS | Today's Weather **The Ghiorse Factor**  | SUBSCRIBE NOW: Free Daily EBlast



# Politics

 

TRENDING  Will 19 Dead 4th Graders Finally Break

**f FACEBOOK** | **TWITTER** | **in LINKEDIN**



🔍 Search...

# Nardolillo Blasts Raimondo Over DACA "Special Treatment"

Wednesday, September 20, 2017
*GoLocalProv Political Team*

 Tweet    



State Representative Robert "Bobby" Nardolillo is criticizing Governor Gina Raimondo for giving what he says is "special treatment" to state residents who are eligible to renew their Deferred Action for Childhood Arrivals (DACA) status.

"Our Governor should be treating all Rhode Islanders equally.  Her decision to give special treatment to one group over another, demonstrates her political agenda, which she is putting over state service.  Many Rhode Islanders are still struggling while living in our severely depressed economy and this is a slap in their collective faces.  They too, would love special attention, but their cries have fallen on deaf ears," said Nardolillo (R-District 28 Coventry).

On Monday, the Governor announced that she along with local philanthropic organizations had raised $170,000 to pay for approximately 250 renewal fees for Rhode Island "Dreamers."

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

Rep. Robert "Bobby" Nardolillo

"State departments such as DCYF are in desperate need of leadership.  As has been reported for years, children in state care are being neglected, abused, and dying.  Rather than focus her full attention on such a sensitive situation, she is raising money to help those not in immediate crisis," said Narolillo."Our Governor has one thing on her mind, and it's not the safety of our state's most vulnerable, it's her political image."

Nardolillo, who was first elected to the Rhode Island General Assembly in 2014, formally announced his run for the U.S. Senate in May.

# Related Slideshow: RI Leaders React to Trump Calling for DACA Phaseout



VIEW LARGER +

 

### Jack Reed

*United States Senator (D-RI)*

"President Trump's priorities are backwards. He stands behind divisive figures like Joe Arpaio, but shows no compassion for bright, hardworking kids. The President's policy could split up families, hurt our economy, and send children who've been living and studying here away to countries they have never known.

In essence, the President is setting deportation dates for 800,000 young people who have pursued an education, contributed to their communities, and stayed out of trouble. Some of these young Americans are serving honorably in our Armed Forces and may now be thrust into legal limbo.

President Trump's heartless decision to revoke DACA is a moral, humanitarian, and economic failure on his part. Rescinding DACA this way is not about the rule of law, it is about President Trump pandering to an extreme viewpoint. The fact that President Trump was unwilling to make this announcement himself is an acknowledgment that this is about appeasing his most virulent and vocal voters, not leading the greatest country in the world.

There are also real economic consequences to revoking DACA. The Center for American Progress estimates that terminating DACA and removing unauthorized workers could cost the United States about $460 billion in