# **Exhibit 9**

