# **Exhibit 10**





**SECTIONS**   Today's Weather   **The Ghiorse Factor**   **SUBSCRIBE NOW:** Free Daily EBlast



TRENDING   The Ultimate RI Event Calendar —

**FACEBOOK**   **TWITTER**   **LINKEDIN**

Search...

# Nardolillo Applauds Passing of Federal Tax Reform Legislation By Senate

Sunday, December 03, 2017

*GoLocalProv Political Team*

Tweet


*Bobby Nardolillo*   VIEW LARGER +

State Representative Bobby Nardolillo endorsed the Federal Tax Form passed by the US Senate on Friday night.

Nardolillo released the following statement;

"First, Senate Leadership stepped up and saw to it that legislation passed which promotes further economic growth such as our nation has enjoyed since the 2016 Election. Almost as important is the fact that the Chamber passed the Bill under Regular Order," said Nardolillo.

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

Now we have the example of a measure that promises to accelerate the US Economy, for the benefit of all Americans. In that way this Bill is just like the Kennedy Tax Reform of the early 1960's and the Reagan Tax Reform of the mid-1980's.

 The only disappointing feature of this Senate action that I can see is the failure of Democrats like Senator Whitehouse (D-RI) to even consider it on its merits. I

5/31/22, 12:46 PM
GoLocalProv | Nardolillo Applauds Passing of Federal Tax Reform Legislation by Senate
Case 1:22-cv-00219-WES-PAS Document 1-10 Filed 06/02/22 Page 3 of 3 PageID #: 48

see that as a failure to take action on behalf of the people of our state and nation. But he and I will have our chance to debate that during the upcoming general election campaign."

## Related Slideshow: GoLocal: Benchmark Poll, October 2017

**VIEW LARGER +**








Sponsor: GoLocalProv

Sample: N=403

Rhode Island General Election Voters Margin of Error: +/- 4.9% at 95% Confidence Level

Interviewing Period: October 9-11, 2017

Mode: Landline (61%) and Mobile (39%)

Telephone Directed by: John Della Volpe, SocialSphere, Inc.

