# **<u>Exhibit 11</u>**

  Today's Weather **The Ghiorse Factor**    SUBSCRIBE NOW: Free Daily EBlast







TRENDING  The Ultimate RI Event Calendar —

 FACEBOOK    TWITTER   in LINKEDIN

Search...

# Nardolillo Blasts Senator Whitehouse for Government Shut Down

Sunday, January 21, 2018
*GoLocalProv Political Team*

 

State Representative Bobby Nardolillo is blasting U.S. Senator Sheldon Whitehouse for voting to shut down the government.

"In casting a 'No Vote' on the Continuing Resolution to fund the government. Mr. Whitehouse crippled military pay and planning, allowed the Child Health Insurance Program to lapse before being renewed, and left perhaps one million federal employees with a no income for a few days or, maybe, a few weeks," said Nardolillo.

He continued, "There are more than 325 Million actual citizens of this great nation who will now be treated to the spectacle of the dysfunction of their government. And it's all because legislators like Mr. Whitehouse think the political benefits of stalling the federal government outweigh the heartburn that action will create all across America."

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**


*Bobby Nardolillo*  VIEW LARGER +

Nardolillo also noted the possibility of a new influx of undocumented aliens that would follow this proposed DACA legislation. "That means Mr. Whitehouse's vote ignored the impact it is likely to have on Rhode Island's fragile job market."

"It's another example of our Junior Senator working for someone other than the Rhode Island voters who elected him."

# Related Slideshow: GoLocal: Benchmark Poll, October 2017






Sponsor: GoLocalProv

Sample: N=403

Rhode Island General Election Voters Margin of Error: +/- 4.9% at 95% Confidence Level

Interviewing Period: October 9-11, 2017

Mode: Landline (61%) and Mobile (39%)

Telephone Directed by: John Della Volpe, SocialSphere, Inc.

