# **<u>Exhibit 12</u>**

