# **Exhibit 13**

 SECTIONS    Today's Weather **The Ghiorse Factor**     **SUBSCRIBE NOW:** Free Daily EBlast


Politics



TRENDING  Will PVDFest be Safe This Year? Elorza

 FACEBOOK      TWITTER      LINKEDIN

 Search...

# GOP Split on Morgan's Fate—It May Be Left to Shekarchi

Thursday, December 30, 2021
GoLocalProv News Team

63 Shares    Tweet     Share    



*Speaker of the House Joe Shekarchi*

Former Rhode Island State Representative Bobby Nardolillo believes that Republican State Representative Patricia Morgan should resign her seat in the House of Representatives as a result of her Tweet on Tuesday that many locally and nationally have condemned as racist.

"Patricia Morgan. Resign. Immediately. Your comments are offensive and you're [an] embarrassment. Your district deserves better," posted Nardolillo.

Others in the GOP were equally outraged but came short of calling for her resignation. Republican Cranston City Councilor, Nicole Renzulli, said, "I'm so disgusted by these comments. It's very easy for me to see why your so-called 'black friend' no longer likes you - I don't like you either & I'm a white woman in your Party."

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

"I want no association w/ you. This is the epitome of divisiveness & overt racism," added Renzulli.

**READ: Rep. Morgan Tweet Draws National Condemnation—Including From Star Trek Star**

Republican State Representative Barbara Ann Fenton-Fung did not respond to requests for comment. Morgan had run against Fenton-Fung's husband in the GOP gubernatorial primary in 2018.



*Former State Representative Bobby Nardolillo*

House Minority Leader Blake Filippi told GoLocal, "Patricia voluntarily left our caucus so I'm not her 'Leader.' There is little the body can do short of censure, reprimand or expulsion, and those must originate in the Speaker and go through formal proceedings before the Committee on Conduct - where the accused is provided due process rights."

Filippi did not respond to the question of whether he believed she should resign.

**Fate with Speaker**

Speaker of the House Joe Shekarchi told GoLocal on Tuesday, "There is no place for divisive remarks by any House member. I condemn any such comments."

Shekarchi, however, did not address demands from RI BLM PAC to remove Morgan from her committee assignments.

"BLM RI PAC is calling for Representative Patricia Morgan's immediate removal by Speaker of the House Joseph Shekarchi from the following committees– House Environment and Natural Resources Committee, House Health and Human Services Committee, House Labor Committee and the House Municipal Government and Housing Committee. Anything less than these substantive actions is another tacit acceptance of racism from the General Assembly that can no longer be tolerated," said the group.



*State Representative Patricia Morgan PHOTO: file*

## Related Articles

- Rep. Morgan Tweet Draws National Condemnation—Including From Star Trek Star
- RI GOP Rep Morgan's Comments "Racist," Says Black Lives Matter PAC

Enjoy this post? Share it with others.

  

