# **Exhibit 14**




**SUBSCRIBE NOW:** Free Daily EBlast



TRENDING   The Ultimate RI Event Calendar —

FACEBOOK        TWITTER        LINKEDIN

Search...

# Terms and Conditions

**Rights and Restrictions of GoLocalProv.com Site Content**

**Right to Use Site Materials**

This Site and all the materials available on the Site are the property of GoLocalProv.com, LLC, and are protected by copyright, trademark, and other intellectual property laws. The GoLocalProv.com, LLC is provided solely for your personal noncommercial use. You may not use the GoLocalProv.com, LLC or the materials available on our site in a manner that constitutes an infringement of our rights or that has not been authorized by us.

Unless explicitly authorized in these Terms of Service or by the owner of the materials, you may not modify, copy, reproduce, republish, upload, post, transmit, translate, sell, create derivative works, exploit, or distribute in any manner or medium (including by email or other electronic means) any material from the GoLocalProv.com. You may, however, from time to time, download and/or print one copy of individual pages of the site for your personal, non-commercial use, provided that you keep intact all copyright and other proprietary notices. Information about requesting permission to reproduce or distribute materials from the GoLocalProv.com can be found here.

**Our Right to Use Materials You Submit or Post.**

When you submit or post any material (including any photos or videos) via the Site, you grant us, and anyone authorized by us, a royalty-free, perpetual, irrevocable, non-exclusive, unrestricted, worldwide license to use, copy, modify, transmit, sell, exploit, create derivative works from, distribute, and/or publicly perform or display such material, in whole or in part, in any manner or medium (whether now known or hereafter developed), for any purpose that we choose. The foregoing grant includes the right to exploit any proprietary rights in such posting or submission, including, but not limited to, rights under copyright, trademark or patent laws that exist in any relevant jurisdiction.

In connection with the exercise of these rights, you grant us, and anyone authorized by us, the right to identify you as the author of any of your postings or submissions by name, e-mail address or screen name, as we deem appropriate. You understand that the technical processing and transmission of the GoLocalProv.com, including content submitted by you, may involve transmissions over various networks, and may involve changes to the content to conform and adapt it to technical requirements of connecting networks or devices. You will not receive any compensation of any kind for the use of any materials submitted by you.

**Limitations on Linking and Framing**

You are free to establish a hypertext link to our GoLocalProv.com so long as the link does not state or imply any sponsorship of your Web site or service from GoLocalProv.com. However, you may not, without our prior written permission, frame or inline link any of the content of GoLocalProv.com, or incorporate into another website or other service any of our material, content or intellectual property.

