# **<u>Exhibit 16</u>**

 Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

**Kristen Pierson**     Thu, Nov 1, 2018 at 9:50 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6A /I0000JnSRNZAQ5pM/C0000oQ1co d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

9-16-2016:
http://www golocalprov com/news/RI-State-Police-Fail-to-Comply-with-GoLocals-38-Studios-Request-Media-com

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Harris_Mill_Lofts_Docs._May_2018/38_Studios_Documents/Info_graphic_38_Studios_records_360_374 png

11-30-16:
http://www golocalprov com/news/new-nardolillo-to-introduce-legislation-state-road-medians

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

1-24-17:
http://www golocalprov com/politics/nardolillo-questions-raimondos-free-college-tuition-plan-not-excluding-ille

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

3-1-17:
http://www golocalprov com/business/new-rep.-nardolillo-blasts-raimondo-over-new-tourism-campaign

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

9-20-17:
http://www golocalprov com/politics/new-nardolillo-blasts-raimondo-over-daca-special-treatment

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400_360_360 png

12-3-17:
http://www golocalprov com/politics/nardolillo-applauds-passing-of-federal-tax-reform

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

1-21-18:
http://www golocalprov com/politics/nardolillo-blasts-senator-whitehouse-for-government-shut-down

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400_360_360 png

Additional image URLs:

http://www golocalprov com/cache/images/remote/http_s3 amazonaws com/media golocalprov.com/Politics/Bobby_Nardolillo.png

http://www golocalprov com/cache/images/cached/cache/images/remote/http_s3.amazonaws com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: Cloudflare/Golocalprov