# **<u>Exhibit 17</u>**

 **Kristen Pierson**

# Report received: (#1925816) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

**Cloudflare Trust & Safety** <abuse@cloudflare.com>     Thu, Nov 1, 2018 at 9:51 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#1925816) has been received. Note -- When responding please make sure to keep #1925816 in the subject line.

Thank you for your report.

To expedite processing of your complaint, please submit your complaint through Cloudflare's abuse reporting web form available at
https://www.cloudflare.com/abuse/

Please be aware Cloudflare offers network service solutions, including a reverse proxy, pass-through security service and a content distribution network (CDN). Because Cloudflare is a reverse proxy, our IP addresses appear in whois and DNS records for websites using our services. Cloudflare is not a hosting provider, and we do not have access to our customers' content.

Regards,
Cloudflare Trust and Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[6LVK23-G92Z]