# **Exhibit 20**

 **Kristen Pierson**

# DMCA TAKEDOWN NOTICE for Copyright Infringement (KP2_8277.jpg)

**Kristen Pierson** <span style="float:right">Wed, Feb 9, 2022 at 7:31 PM</span>
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (KP2_8277.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

https://kristenpierson.photoshelter.com/gallery-image/The-Quins/G0000Wqc0OOMdtCs/I0000VzCdIsy1SAU/C0000EDru1q2ODR4

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

1. https://www.golocalprov.com/lifestyle/5-live-music-musts-august-5-2016

2. https://www.golocalprov.com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/images.golocalprov.com/lifestyle/quins_400_400_90.jpg

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: The Quins/Golocal

   **Kristen Pierson**

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-24-17

**Kristen Pierson**                                                                                                           Wed, Feb 9, 2022 at 7:55 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

1-24-17:
http://www.golocalprov.com/politics/nardolillo-questions-raimondos-free-college-tuition-plan-not-excluding-ille

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

 **Gmail**  Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 3-1-17

**Kristen Pierson**   Wed, Feb 9, 2022 at 8:00 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

3-1-17:
http://www.golocalprov.com/business/new-rep.-nardolillo-blasts-raimondo-over-new-tourism-campaign

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

 Gmail                                                                                                   Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 11-30-16

**Kristen Pierson**                                                                                     Thu, Feb 10, 2022 at 7:26 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography


I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

11-30-16:
http://www.golocalprov.com/news/new-nardolillo-to-introduce-legislation-state-road-medians

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

   Kristen Pierson

# DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 12-3-17

**Kristen Pierson**  Fri, Feb 11, 2022 at 12:52 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:


Kristen Pierson Photography

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

12-3-17:
http://www.golocalprov.com/politics/nardolillo-applauds-passing-of-federal-tax-reform

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_360_360.png

Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

                                                                                                Kristen Pierson

---

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 9-20-2016

**Kristen Pierson**                                                                                    Fri, Feb 11, 2022 at 1:05 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

9-16-2016:
http://www.golocalprov.com/news/RI-State-Police-Fail-to-Comply-with-GoLocals-38-Studios-Request-Media-com

http://www.golocalprov.com/cache/images/cached/cache/images/remote/http_s3.amazonaws.com/media.golocalprov.com/Harris_Mill_Lofts_Docs._May_2018/38_Studios_Documents/Info_graphic_38_Studios_records_360_374.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov



Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 9-20-17

**Kristen Pierson**            Fri, Feb 11, 2022 at 1:24 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

9-20-17:
http://www.golocalprov.com/politics/new-nardolillo-blasts-raimondo-over-daca-special-treatment

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400_360_360.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

   Gmail                                                                                           Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-21-18

**Kristen Pierson**                                                                                   Fri, Feb 11, 2022 at 2:18 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

1-21-18:
http://www.golocalprov.com/politics/nardolillo-blasts-senator-whitehouse-for-government-shut-down

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400_360_360.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

 Gmail                                                                                                 Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 8-21-2016

**Kristen Pierson**                                                                                 Fri, Feb 11, 2022 at 6:06 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography


I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

8-21-2016:

https://www.golocalprov.com/news/ag-and-state-police-delay-response-to-request-for-38-studios-docs

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

                                                                                       Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-21-2018

**Kristen Pierson**                                                                                                   Tue, Feb 15, 2022 at 7:42 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

1-21-2018:

https://www.golocalprov.com/politics/nardolillo-blasts-senator-whitehouse-for-government-shut-down

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400_360_360.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov



Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 11-25-2018

**Kristen Pierson** <legal@kristenpierson.com>   Tue, Feb 15, 2022 at 8:54 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

11-25-2018:

https://www.golocalprov.com/politics/stuffing-the-political-turkey-this-thanksgiving-sunday-political-brunch-nov

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

 Gmail

Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-16-2016

**Kristen Pierson** Tue, Feb 15, 2022 at 9:30 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

10-16-2016:

https://www.golocalprov.com/news/golocaltv-raimondo-refuses-to-order-ri-state-police-to-release-38-studios-i

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

 Gmail

Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-17-2016

**Kristen Pierson**  Tue, Feb 15, 2022 at 11:56 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

10-17-2016:

https://www.golocalprov.com/news/chafee-responds-to-38-studios-curt-schilling-claims

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov



Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 3-30-2017

**Kristen Pierson** Wed, Feb 16, 2022 at 7:19 AM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

3-30-2017:

https://www.golocalprov.com/news/guest-mindsetter-casimiro-food-pantry-demonstrates-power-of-community

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov

   Gmail                                                                                               Kristen Pierson

## DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-26-2017

**Kristen Pierson**                                                                                                Wed, Feb 16, 2022 at 9:02 PM
To: abuse@cloudflare.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography



I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Bobby-N-Headshots/G0000Gb7sjrrH6AI/I0000JnSRNZAQ5pM/C0000oQ1co.d8IFM

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

10-26-2017:

https://www.golocalprov.com/live/democratic-gubernatorial-candidate-roselli-on-invenergys-fall-river-play-on

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


Additional image URLs:

https://www.golocalprov.com/cache/images/cached/cache/images/remote/https_s3.amazonaws.com/media.golocalprov.com/Politics/Bobby_Nardolillo_400_400.png


These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson
re: golocalprov