# **Exhibit 21**



**Kristen Pierson**

# Report received: (#9351731) DMCA TAKEDOWN NOTICE for Copyright Infringement (KP2_8277.jpg)

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Wed, Feb 9, 2022 at 7:32 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9351731) has been received. Note -- When responding please make sure to keep #9351731 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[VPYMPY-38K4]



**Kristen Pierson**

# Report received: (#9351876) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-24-17

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Wed, Feb 9, 2022 at 7:56 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9351876) has been received. Note -- When responding please make sure to keep #9351876 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[KY36D7-ZOM6]



**Kristen Pierson**

# Report received: (#9351890) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 3-1-17

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Wed, Feb 9, 2022 at 8:01 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9351890) has been received. Note -- When responding please make sure to keep #9351890 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[WZYM47-O79Y]



**Kristen Pierson**

## Report received: (#9355779) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 11-30-16

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Thu, Feb 10, 2022 at 7:27 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9355779) has been received. Note -- When responding please make sure to keep #9355779 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[80M8RP-W30M]

     Kristen Pierson

## Report received: (#9372934) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 12-3-17

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Fri, Feb 11, 2022 at 12:53 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9372934) has been received. Note -- When responding please make sure to keep #9372934 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[MYPQQM-52K9]



**Kristen Pierson**

## Report received: (#9373027) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 9-20-2016

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Fri, Feb 11, 2022 at 1:06 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9373027) has been received. Note -- When responding please make sure to keep #9373027 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[X7YEYL-QYMO]



Kristen Pierson

## Report received: (#9373195) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 9-20-17

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Fri, Feb 11, 2022 at 1:25 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9373195) has been received. Note -- When responding please make sure to keep #9373195 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[8MVGG0-LQE0]



Kristen Pierson

# Report received: (#9373516) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-21-18

**Cloudflare Trust & Safety** <abuse@cloudflare.com>　　　　　　　　　　　　　　　　　Fri, Feb 11, 2022 at 2:19 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9373516) has been received. Note -- When responding please make sure to keep #9373516 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[2QMGMK-69YE]



Kristen Pierson

# Report received: (#9375581) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 8-21-2016

**Cloudflare Trust & Safety** <abuse@cloudflare.com>   Fri, Feb 11, 2022 at 6:07 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9375581) has been received. Note -- When responding please make sure to keep #9375581 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[3M76Q4-ZQX0]



**Kristen Pierson**

## Report received: (#9420030) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 1-21-2018

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Tue, Feb 15, 2022 at 7:42 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9420030) has been received. Note -- When responding please make sure to keep #9420030 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[VPYXMQ-9K5L]



Kristen Pierson

# Report received: (#9420897) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 11-25-2018

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Tue, Feb 15, 2022 at 8:54 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9420897) has been received. Note -- When responding please make sure to keep #9420897 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[X7YME6-84P8]



**Kristen Pierson** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Report received: (#9421243) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-16-2016

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Tue, Feb 15, 2022 at 9:31 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

##- Please type your reply above this line -##

Your report (#9421243) has been received. Note -- When responding please make sure to keep #9421243 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[49VGKW-ER93]

           Kristen Pierson

# Report received: (#9422221) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-17-2016

**Cloudflare Trust & Safety** <abuse@cloudflare.com>                               Tue, Feb 15, 2022 at 11:56 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9422221) has been received. Note -- When responding please make sure to keep #9422221 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[3LMEYE-Z5RL]



**Kristen Pierson**

## Report received: (#9432535) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 3-30-2017

**Cloudflare Trust & Safety** <abuse@cloudflare.com>                                 Wed, Feb 16, 2022 at 7:20 AM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9432535) has been received. Note -- When responding please make sure to keep #9432535 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[MYPQOE-4XML]



**Kristen Pierson**

# Report received: (#9439234) DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) 10-26-2017

**Cloudflare Trust & Safety** <abuse@cloudflare.com>  Wed, Feb 16, 2022 at 9:03 PM
Reply-To: Cloudflare Trust & Safety <abuse@cloudflare.com>
To: Kristen Pierson

##- Please type your reply above this line -##

Your report (#9439234) has been received. Note -- When responding please make sure to keep #9439234 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by Zendesk

[80MOOE-G0VK]