IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KRISTEN PIERSON,<br><br>Plaintiff,<br><br>v.<br><br>GOLOCALPROV, LLC, THE FENTON GROUP, LLC, and CLOUDFLARE, INC.,<br><br>Defendants. | Case No. 1:22-CV-00219-WES-PAS<br><br>**NOTICE OF COMPLIANCE** |

On June 15, 2022, this Court ordered, in connection with allowing the motion for *pro hac vice* admission of Attorney Jay M. Wolman (ECF No. 3), that his admission was conditioned "on his review of Rhode Island ethical standards regarding appropriate conduct at depositions."

Consistent therewith, Attorney Wolman represents that he has re-reviewed the Rhode Island Rules of Professional Conduct and the Standards for Professional Conduct within the Rhode Island Judicial System. In so doing, he specifically searched the rules and commentary for all instances of the word "depose" and "deposition". He has also specifically reviewed Rhode Island Rules 3.5(d) and 4.3, being the analogs of the rules at issue in Connecticut.

The Court further ordered that local counsel, "Attorney Sean McAteer is reminded of his obligations as set forth in Local Rule LR Gen 204(d)." Consistent therewith, Attorney McAteer represents that he has re-reviewed Local Rule LR Gen 204(d).

In light of the foregoing, Plaintiff's counsel gives notice of compliance with the terms of the June 15, 2022, order.

Dated: June 15, 2022.	Respectfully Submitted,

/s/Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
Email: summerromance@verizon.net


/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (702) 420-2001
Email: ecf@randazza.com


*Attorneys for Plaintiff
Kristen Pierson*

Case No. 1:22-CV-00219-WES-PAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Sean M. McAteer
Sean M McAteer

RANDAZZA | LEGAL GROUP