**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

Kristen Pierson
Plaintiff,

v.  Case No.: 1:22–cv–00219–WES–PAS

GoLocalProv, LLC, et al.
Defendant.

## **NOTICE OF SETTLEMENT CONFERENCE**

  The above matter has been referred to Magistrate Judge Patricia A. Sullivan for a settlement conference. The conference will be held on September 26, 2023 at 02:00 PM **by Zoom video conference**. The attorneys who will be lead counsel during the trial of the case shall participate in the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.

  Approximately five (5) court days before the settlement conference, the parties shall exchange with each other and email to the Court a settlement conference statement, by sending it to the following email address: **RID_PAS_Settlement@rid.uscourts.gov**. This statement shall include the following:

1. A brief statement of the facts of the case, and of the claims and defenses, <u>i.e.</u>, the statutory or other grounds upon which the claims are founded. The statement should identify the major factual and legal issues in dispute as pertinent to the mediation.

2. An itemized statement of the damages claimed, and of any other relief sought.

3. A brief summary of the proceedings to date.

4. A history of past settlement discussions, offers and demands. If no discussions have taken place, the Court directs the attorneys to discuss settlement, and exchange demands and offers prior to the settlement conference.

  Also approximately five (5) days before the settlement conference, any party may (but is not required) use the same email address to deliver a second statement to advise the mediator only of any confidential matters pertinent to mediation that should not be disclosed to the other parties.

  At the settlement conference the parties, by counsel, shall give a brief (5–10 minute) presentation outlining the factual and legal highlights of their case. Confidential caucuses may be held with each party and the party's representative(s).

Any failure of the trial attorneys, parties or persons with authority to attend the conference may result in sanctions to include the fees and costs expended by the other parties in preparing for and attending the conference. Failure to timely deliver a settlement conference statement may also result in sanctions.

It is so ordered.

September 21, 2023

By the Court:

/s/ Patricia A. Sullivan
United States Magistrate Judge